**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

KELLY ANDERSON, AUDREY MCCAULEY,
and TANIA POKORSKI, individually and on
behalf of all others similarly situated,

    Plaintiffs,

v.

ALMAY, INC. and REVLON, INC.,

    Defendants.

/

**NOTICE OF VOLUNTARY
DISMISSAL PURSUANT TO F.R.C.P.
41(a)(1)(A)(i)**

Case No. 1:22-cv-02722

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Kelly

Anderson, Audrey McCauley, and Tania Pokorski and their counsel, hereby give notice that the

above captioned action is voluntarily dismissed, without prejudice against Defendants Almay, Inc.

and Revlon, Inc.

Dated:  May 24, 2023

*/s/ Melissa S. Weiner*
Melissa S. Weiner
**PEARSON WARSHAW, LLP**
328 Barry Ave. South, Suite 200
Wayzata, Minnesota 55391
Telephone: (612) 389-0600
mweiner@pwfirm.com

Mitchell Breit
**MILBERG COLEMAN BRYSON
PHILLIPS
GROSSMAN PLLC**
405 East 50th Street
New York, New New 10022
Phone: (347) 668-8445
Fax: (919) 600-5035
mbreit@milberg.com

*Attorneys for Plaintiffs*